Mary P. Dawson, by her next friend, James M. Lane, George F. Dawson, her husband, Appellants, vs. Town of Lake Maitland, Appellee.
Appeal from Circuit Court Orange county.

*W. R. Anno*, for Appellants.

No appearance for Appellee.

The bill in this cause was filed by the appellants against the appellee.   There was decree for the defendant, and the complainants appeal.
There being no entry of appeal in the transcript of

record, and no citation appearing to have been issued or served on the appellee and the latter not having appeared, the case is stricken from the dockets of this court.